# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2020

160803 & (52)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee/
       Cross-Appellant,

v

ANDREW THOMAS COWHY,
       Defendant-Appellant/
       Cross-Appellee.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160803
COA: 348542
St. Clair CC: 2015-002000-FC

_____/

      On order of the Court, the application for leave to appeal the November 19, 2019 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2020



Clerk

t1216